```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

COREY S. TURNER                                          PETITIONER

    V.                    Civil No. 12-2045

RAY HOBBS, Director
Arkansas Department of Correction                        RESPONDENT

<u>O R D E R</u>

On this 18th day of June 2012, there comes on for consideration the report and recommendation filed in this case on May 3, 2012, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 11). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition (Doc. 1) is barred by the statute of limitations and hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge