IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

COREY S. TURNER                                              PETITIONER

    V.                    Civil No. 12-2045

RAY HOBBS, Director
Arkansas Department of Correction                            RESPONDENT

### O R D E R

On this 18th day of June 2012, there comes on for consideration the report and recommendation filed in this case on May 3, 2012, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 11). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition (Doc. 1) is barred by the statute of limitations and hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge